UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Kontogouris, et al,
    *Plaintiffs*,
    *v.*

Tasca Automotive Group, et al,
    *Defendants.*

Docket No. 17-cv-1022 (JBA)

**ORDER OF DISMISSAL ON REPORT OF SETTLEMENT**

Counsel reported that this matter has been settled and that no further action is required.  This case will now be dismissed.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may move to re-open the case by June 14, 2018.

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) (requiring good cause).

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 15th day of May 2018.