UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMOTHY M. KONTOGOURIS, WENDY KONTOGOURIS and MICHAEL KONTOGOURIS,<br>    Plaintiffs<br><br>v.<br><br>TASCA AUTOMOTIVE GROUP CT EAST, INC. d/b/a TASCA FORD and SANTANDER CONSUMER USA INC.,<br>    Defendants | CIVIL ACTION NO.<br>3:17-cv-1022-JBA<br><br><br><br><br><br>JUNE 4, 2018 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiffs, Timothy M. Kontogouris, Wendy Kontogouris, and Michael Kontogouris, through their attorney, and the defendants Tasca Automotive Group CT East, Inc. d/b/a Tasca Ford and Santander Consumer USA, Inc., through their attorneys, hereby stipulate that the plaintiffs' claims shall be dismissed with prejudice and without costs or attorney's fees.

                PLAINTIFFS, TIMOTHY M. KONTOGOURIS,
                WENDY KONTOGOURIS and MICHAEL
                KONTOGOURIS


                By: /s/ *Daniel S. Blinn*
                    Daniel S. Blinn (ct02188)
                    dblinn@consumerlawgroup.com
                    Consumer Law Group, LLC
                    35 Cold Spring Road, Suite 512
                    Rocky Hill, Connecticut 06067
                    Tel (860) 571-0408
                    Fax (860) 571-7457

        DEFENDANT, TASCA AUTOMOTIVE GROUP CT EAST, INC. D/B/A TASCA FORD,

By: /s/ *Jay F. Huntington*
    Jay F. Huntington (ct03191)
    JFH@rtcelaw.com
    Kelly Wall (ct30026)
    kwall@rtcelaw.com
    Regnier, Taylor, Curran & Eddy
    100 Pearl Street, 10th Floor
    Hartford, ct 06103
    Tel: (860) 249-9121
    Nathan M. Mayhew (ct27978)

DEFENDANT, SANTANDER CONSUMER USA INC.

By: /s/ *Michael T. Grant*
    Michael T. Grant (ct27968)
    LeClairRyan, A Professional Corporation
    60 State Street, Twenty-Third Floor
    Boston, MA 02109
    Tel: (617) 502-8200
    Michael.grant@leclairryan.com

## CERTIFICATION

    I hereby certify that on June 4, 2018, a copy of the foregoing was filed electronically as a sealed document and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ *Daniel S. Blinn*
    Daniel S. Blinn